UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN THE MATTER OF THE SEARCH OF     Case No.: 6:23-mc-10-CEM
a Galaxy A42 cellular telephone,
serial number R5CR809BWYD     **FILED UNDER SEAL**

## MOTION FOR LEAVE TO FILE
## NOTICE AND ATTACHMENTS UNDER SEAL

The United States of America, by Roger Handberg, United States Attorney for the Middle District of Florida, respectfully moves this Court for leave to file under seal the United States Notice of Filing and two attached search warrant packages. On April 5, 2023, the Court ordered the United States to file the search warrants and associated documents on the unsealed docket in this case. The affidavits in these search warrants discuss confidential human sources who could be identified and placed in jeopardy based on contextual information in the affidavits. Although the search warrants are unsealed, they are not publicly available on the court's docket. Filing the search warrants on the public electronic docket would make it far easier for individuals interested in obtaining the affidavits and identifying these sources to do so. Given the prominence of defendant Brandon Russell in the Neo-Nazi online community, there would likely be substantial interest in obtaining these documents and disseminating them within that community in an attempt to identify the sources. Accordingly, the United States respectfully requests that the Court permit the United States to file under seal the Notice and attached search warrant packages.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Marcet@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN THE MATTER OF THE SEARCH OF
a Galaxy A42 cellular telephone,
serial number R5CR809BWYD

Case No.: 6:23-mc-10-CEM

**FILED UNDER SEAL**

**IN CAMERA ORDER**

Upon the written motion of the United States of America for leave to file under seal the Notice of Filing and two attached search warrant packages:

The Court finds that the interests of justice require that these documents be sealed; therefore

IT IS ORDERED that the Motion for Leave to File Under Seal is Granted;

IT IS FURTHER ORDERED that the Notice and two attachments be SEALED;

DONE AND ORDERED at ORLANDO, Florida this ___ day of April, 2023.

HON. DANIEL C. IRICK
United States Magistrate Judge