UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: IN THE MATTER OF THE
SEARCHOF A GALAXY A42
CELLULAR TELEPHONE,
SERIAL NUMBERS
R5CR809BWYD,

v.  CASE NO. 6:23-mc-10-CEM-DCI

UNITED STATES OF AMERICA,

    Defendants.

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
United States vs. Brandon Russell
CASE NO.: 1:23-CR-00056-JKB
DISTRICT OF MARYLAND – BALTIMORE DIVISION

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

**Dated May 18, 2023**

LAW OFFICES OF IAN GOLDSTEIN P.A.
Counsel for Brandon Russell
330 Clematis Street, Suite 209
West Palm Beach, FL 33401
Tel: (561) 600-0950
Email: ian@iangoldsteinlaw.com
*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN, ESQUIRE
Florida Bar No. 0085219