UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re: IN THE MATTER OF THE
SEARCHOF A GALAXY A42
CELLULAR TELEPHONE,
SERIAL NUMBERS
R5CR809BWYD,

v.  CASE NO. 6:23-mc-10-CEM-DCI

UNITED STATES OF AMERICA,

    Defendants.

_____

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Ian Goldstein o/b/o Brandon Russell, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **N/A**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members

**N/A**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. **Ian Goldstein, Esq. – Law Offices of Ian Goldstein, P.A.**
    b. **Brandon Russell**
    c. **Kathleeen Gavin, AUSA – District of Maryland (Baltimore)**
    d. **Michael Aubin, AUSA – District of Maryland (Baltimore)**
    e. **Office of the United States Attorney for the District of Maryland**
    f. **Daniel Marcet, AUSA – Middle District of Florida (Tampa)**
    g. **Office of the State Attorney for the Middle District of Florida**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **N/A**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **N/A**

6. Identify each person arguably eligible for restitution:

    **N/A**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

---

there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

**Dated May 18, 2023**

LAW OFFICES OF IAN GOLDSTEIN P.A.
Counsel for Brandon Russell
330 Clematis Street, Suite 209
West Palm Beach, FL  33401
Tel: (561) 600-0950
Email: ian@iangoldsteinlaw.com

*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN, ESQUIRE
Florida Bar No. 0085219