# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN THE MATTER OF THE SEARCH OF         Case No.: 6:23-mc-10-CEM

a Galaxy A42 cellular telephone,
serial number R5CR809BWYD

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

United States vs. Brandon Russell CASE NO.: 1:23-CR-00056-JKB DISTRICT OF MARYLAND – BALTIMORE DIVISION

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Respectfully Submitted,

ROGER HANDBERG
UNITED STATES ATTORNEY

By:  s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028