**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In Re: IN THE MATTER OF THE
SEARCH OF A GALAXY A42
CELLULAR TELEPHONE,                    CASE NO.  6:23-mc-10-CEM-DCI
SERIAL NUMBERS
R5CR809BWYD,

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PRIVILEGE LOG AND BRIEF**

Brandon Russell, through undersigned counsel, moves this Honorable Court for a brief extension of time to comply with this Court's Order of May 22, 2023, and in support thereof would show as follows:

1. The parties were before the Court for a hearing regarding privileged materials on Brandon Russell's cell phone, and Mr. Russell's request that an independent Magistrate be appointed to conduct the search for said material in lieu of a government filter team.

2. The Court ordered Mr. Russell to file a privilege log with the Court no later than June 12, 2023, identifying with specificity the items on the phone which counsel believes to be privileged, along with a brief containing the legal reasons therefor.

3. Counsel received a partial phone extraction from his defense expert on the afternoon of June 6, 2023.  Unfortunately, the extraction did not contain all the necessary information, and another extraction needs to be done before counsel is able to fully comply with this Court's Order.

4. Counsel will require time to review the full phone extraction before being able to comply with this Court's Order regarding the filing of a privilege log and supporting brief.

1

5.  Counsel has discussed this matter with AUSA Daniel Marcet, who does not oppose a two-week extension of time for the reasons set forth above.

WHEREFORE, based upon the foregoing, the undersigned counsel would respectfully request a two-week extension from the current deadline to comply with this Court's Order.

### CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that this Motion has been electronically filed and served on all parties via CM/ECF on the 7th day of June, 2023.

Respectfully submitted,

LAW OFFICES OF IAN GOLDSTEIN, P.A.
Counsel for Brandon Russell
330 Clematis Street, Suite 209
West Palm Beach, FL  33401
Tel: (561) 600-0950
Email:ian@iangoldsteinlaw.com
*/s/Ian J. Goldstein*
IAN J. GOLDSTEIN, ESQUIRE
Florida Bar No. 0085219