**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re: IN THE MATTER OF THE
SEARCH OF A GALAXY A42
CELLULAR TELEPHONE,                    CASE NO. 6:23-mc-10-CEM-DCI
SERIAL NUMBERS
R5CR809BWYD,

_____

### NOTICE RE: PRIVILEGE LOG

Brandon Russell, through undersigned counsel, and pursuant to this Court's Order of May 22, 2023, files the instant Notice re: Privilege Log:

Upon review of the phone in question, counsel for Movant has not located any information to be included in a privilege log in this matter. As such, no privilege log or brief will be filed.

### CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that this Motion has been electronically filed and served on all parties via CM/ECF on the 22nd day of June, 2023.

    Respectfully submitted,

    LAW OFFICES OF IAN GOLDSTEIN, P.A.
    Counsel for Movant Brandon Russell
    330 Clematis Street, Suite 209
    West Palm Beach, FL  33401
    Tel: (561) 600-0950
    Email: ian@iangoldsteinlaw.com

    */s/ Ian J. Goldstein*
    IAN J. GOLDSTEIN, ESQUIRE
    Florida Bar No. 0085219